```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                Case No. 14-03818-HWV
James F Lowery                                                        Chapter 7
Esther O Lowery
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRadginsk          Page 1 of 1          Date Rcvd: Jul 02, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2018.
db              +James F Lowery,    PO Box 454,    Myerstown, PA 17067-0454

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
              Joshua I Goldman   on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leonard   Zagurskie, Jr   on behalf of Debtor 1 James F Lowery lzaglaw.usa@startmail.com,
               lzaglaw.usa@startmail.com
              Leonard   Zagurskie, Jr   on behalf of Debtor 2 Esther O Lowery lzaglaw.usa@startmail.com,
               lzaglaw.usa@startmail.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo   on behalf of Creditor   PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
James F Lowery aka James Floyd Lowery : Chapter 13
Esther O Lowery aka Esther Salem :
aka Esther Otillia Lowery :
   Debtor(s)                               : Case No. 1:14−bk−03818 HWV

## ORDER CONVERTING CASE

Upon consideration of the Debtor's Motion to Convert a Case Under Chapter 13 to a Case under Chapter 7, it is hereby **ORDERED AND DECREED** that Debtor's Chapter 13 Case is converted to a Chapter 7.

Dated: July 02, 2018                   By the Court,

                                                   Henry W. Van Eck, Bankruptcy Judge (LS)