# United States Bankruptcy Court
## Middle District of Pennsylvania

| In re | James F Lowery | | Case No. | 1:14-bk-03818-HWV |
|---|---|---|---|---|
| | Esther O Lowery | | | |
| | | Debtor(s) | Chapter | 13 converted to 7 |

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-0841**

Joint Debtor's Social Security Number: **xxx-xx-5481**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **James F Lowery and Esther O Lowery**

Street: **PO Box 454**

City, State and Zip: **Myerstown, PA 17067**

Telephone #:

**Please be advised that effective  September 1 , 20 18 ,
my (our) new mailing address and telephone number is:**

Name: **James F Lowery and Esther O Lowery**

Street: **123 West Main Avenue**

City, State and Zip: **Myerstown, PA 17067**

Telephone #:

/s/ James F Lowery
**James F Lowery**
Debtor

/s/ Esther O Lowery
**Esther O Lowery**
Joint Debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy