```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 14-03818-HWV
James F Lowery                                                  Chapter 7
Esther O Lowery
        Debtors                **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: REshelman        Page 1 of 1        Date Rcvd: Nov 23, 2018
                               Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2018.
db/jdb         +James F Lowery,   Esther O Lowery,   123 West Main Avenue,   Myerstown, PA 17067-1020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leonard  Zagurskie, Jr   on behalf of Debtor 2 Esther O Lowery lzaglaw.usa@startmail.com,
               lzaglaw.usa@startmail.com
              Leonard  Zagurskie, Jr   on behalf of Debtor 1 James F Lowery lzaglaw.usa@startmail.com,
               lzaglaw.usa@startmail.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James F Lowery,<br>aka James Floyd Lowery, | Chapter 7 |
| **Debtor 1** | Case No. 1:14–bk–03818–HWV |
| Esther O Lowery,<br>aka Esther Salem, aka Esther Otillia Lowery, | |
| **Debtor 2** | |

Social Security No.:
    xxx–xx–0841    xxx–xx–5481

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Markian R Slobodian (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: November 23, 2018

By the Court,

*/s/ Henry W. Van Eck*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: REshelman, Deputy Clerk

**fnldec** (05/18)